IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TIFFANY PENLEY, *individually and*
*on behalf of others similarly situated,*
*and* ASHLEY LEWIS, *individually and*
*on behalf of others similarly situated,*

      Plaintiffs,

v.                                  No. 13-cv-1031-JDB-egb

NPC INTERNATIONAL, INC.,

      Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING
MOTION AS MOOT
_____

      On March 28, 2013, the Defendant, NPC International, Inc., filed an emergency motion requesting that the Plaintiffs, Tiffany Penley and Ashley Lewis, cease and desist unauthorized communications to putative class members. (D.E. 16.) The motion was referred to Magistrate Judge Ed Bryant for a report and recommendation. (D.E. 17.) On April 8, 2013, the Magistrate Judge issued his report and recommendation dismissing the motion as moot after the parties informed the Court that the underlying issues behind the motion had been resolved. Accordingly, the Court ADOPTS Judge Bryant's Report and Recommendation and dismisses the motion as MOOT.

      IT IS SO ORDERED this 11th day of April, 2013.

                                              s/ J. DANIEL BREEN
                                             UNITED STATES DISTRICT JUDGE