IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **TIFFNEY PENLEY AND ASHLEY LEWIS**, *individually and on behalf of others similarly situated,*<br><br>    Plaintiff,<br><br>v.<br><br>**NPC INTERNATIONAL, INC.,**<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Case No. 1:13-cv-01031-STA-egb**<br><br>**Chief Judge S. Thomas Anderson**<br><br>**Magistrate Judge Edward G. Bryant** |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 83.13, the parties notify the Court that they have reached an agreement in principle. The parties are working to draft and finalize the settlement agreement. Once the parties sign the settlement agreement, they will file a motion seeking the Court's approval of the settlement. The parties anticipate that they will need an additional 30 days from the date of this Notice to draft and finalize the settlement agreement and draft and file their Motion for Settlement Approval. Accordingly, the parties request until July 24, 2017 to file their Joint Motion for Settlement Approval.

Date: June 23, 2017                                    Respectfully submitted,

                                                       OGLETREE, DEAKINS, NASH,
                                                        SMOAK & STEWART, P.C.

                                                       *s/ Thomas L. Henderson*
                                                       Thomas L. Henderson (TN BPR No. 11526)

1

>Audrey M. Calkins (TN BPR No. 30093)
>6410 Poplar Avenue, Suite 300
>Memphis, TN 38119
>Telephone: (901) 767-6160
>Facsimile: (901) 767-7411
>thomas.henderson@ogletreedeakins.com
>audrey.calkins@ogletreedeakins.com

## **CERTIFICATE OF CONSULTATION**

I certify that counsel for NPC conferred with counsel for Plaintiffs by email regarding this Motion, and Plaintiffs have indicated that they will join this Notice.

>*s/ Thomas L. Henderson*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

>Gordon E. Jackson
>J. Russ Bryant
>Paula Jackson
>JACKSON SHIELDS YEISER & HOLT
>262 German Oak Drive
>Memphis, TN 38018


>*s/ Thomas L. Henderson*