# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **TIFFNEY PENLEY AND ASHLEY LEWIS**, *individually and on behalf of others similarly situated,* </br></br>     **Plaintiff,** </br></br> v. </br></br> **NPC INTERNATIONAL, INC.,** </br></br>     **Defendant.** | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) **Case No. 1:13-cv-01031-STA-egb** </br> ) </br> ) </br> ) </br> ) </br> ) |

___

## AGREED ORDER OF DISMISSAL WITH PREJUDICE
___

The Parties have represented to the Court, through their counsel, that all disputes in this matter have been resolved. They have requested the case be dismissed with prejudice. (ECF No. 202.) The Court has reviewed the settlement agreement *in camera* and determined that it is a reasonable and fair compromise of all disputed claims of Named Plaintiffs and current and potential opt-in Plaintiffs. Accordingly, the settlement is approved and this case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                              s/ S. Thomas Anderson
                              S. THOMAS ANDERSON
                              CHIEF UNITED STATES DISTRICT JUDGE

                              Date:  August 17, 2017