UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| TIFFNEY PENLEY, ASHLEY LEWIS, both individually and on behalf of others similarly situated<br><br>    Plaintiff,<br><br>vs.<br><br>NPC INTERNATIONAL, INC.,<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br><br><br><br>CASE NO: 13-1031-STA-egb |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order of Dismissal With Prejudice entered on August 17, 2017, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 8/17/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON
(By) Deputy Clerk